**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                               :

SANDIA PARTNERS, LLC,           :     CIVIL ACTION
                   Plaintiff,    :
                                 :
           v.                :     NO. 15-4055
                                 :

FOREMOST INSURANCE COMPANY,  :
                   Defendant.   :
_____:

## ORDER

      **AND NOW**, this   30th   day of September, 2016, upon consideration of the

Cross-Motion for Summary Judgment of Foremost Insurance Company Grand Rapids, Michigan,

improperly pled as Foremost Insurance Company ("Foremost") (Dkt. No. 19); the Cross-Motion

for Summary Judgment of Sandia Partners, LLC ("Sandia Partners") (Dkt. No. 21); the Reply of

Foremost (Dkt. No. 22); the oral argument on the Cross-Motions held on March 22, 2016 (Dkt.

No. 25); and in accordance with the Memorandum filed this date,

      **IT IS ORDERED** that Foremost's Cross-Motion is **GRANTED** and Sandia

Partners' Cross-Motion is **DENIED**.

      **IT IS FURTHER ORDERED** that the $5,000 deductible applies to each

property for which claims were made by Sandia Partners for the hail storm on May 22, 2014.

                                BY THE COURT:


                              _/s/ Henry S. Perkin_____
                              HENRY S. PERKIN
                              United States Magistrate Judge